IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEROME M. CLARK, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 8:17CV447 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTION'S, MICKIE BAUM, Record's Administrator, VAL GRANHOLM, Records, SCOTT FRAKES, Prison Director, and PETE RICKETES, Govenor, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

On November 29, 2017, the court ordered Plaintiff to pay an initial partial filing fee of $3.43 within 30 days or his case would be subject to dismissal. (Filing No. 6.) To date, Plaintiff has not paid the fee or submitted a motion for an extension of time to pay the fee.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 4th day of January, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge