IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEROME M. CLARK, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CV447 |
| v. | ) | |
| NEBRASKA DEPARTMENT OF CORRECTION'S, MICKIE BAUM, Record's Administrator, VAL GRANHOLM, Records, SCOTT FRAKES, Prison Director, and PETE RICKETES, Govenor, | ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

On January 9, 2018, Plaintiff was granted 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee of $3.43. (Filing No. 9.) Plaintiff failed to show cause, but a partial filing fee in the amount of $15.12 was submitted on Plaintiff's behalf on February 9, 2018. Therefore, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

IT IS ORDERED that because Plaintiff has now submitted his initial partial filing fee, the court will conduct, in its normal course of business, an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

DATED this 13th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge