IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME M. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV447 |
| | ) | |
| v. | ) | |
| | ) | |
| MICKIE BAUM, Record's Administrator, VAL GRANHOLM, Records, SCOTT FRAKES, Prison Director, and PETE RICKETES, Govenor, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

On April 17, 2018, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted by May 18, 2018, "in the absence of which this case shall be dismissed without further notice to Plaintiff." (Filing No. 11.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 23rd day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge